

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00172-CR

| | | |
|---|---|---|
| DANIEL YOUNGBLOOD, Appellant | § | On Appeal from 355th District Court of Hood County (CR15272) |
| | § | July 13, 2023 |
| V. | § | Memorandum Opinion by Justice Birdwell |
| | § | Dissenting Memorandum Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and render a judgment of acquittal. *See* Tex. R. App. P. 43.2(c), 43.3, 51.2(d).

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
    Justice Wade Birdwell